**Order filed January 15, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-01044-CV

_____

### GILBERT FLORES ROSAS, Appellant

### V.

### KARINA VARGAS, Appellee

---

**On Appeal from the 507th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-39386**

---

## O R D E R

The notice of appeal in this case was filed November 30, 2018. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. _See_ Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **January 30, 2019.** _See_ Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM